No. 5572.—SOCIEDAD CIVIL PEÑA & BALBÁS, aplda., v. ANTONGIORGI, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Febrero 10, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Apelada la sentencia en este caso el 20 de octubre de 1930 y habiendo vencido el 10 de enero último la prórroga concedida a la apelante por la corte inferior para que el taquígrafo preparase la transcripción de la evidencia para esta apelación sin que haya sido presentada, y no habiendo radicado en este tribunal la transcripción de los autos, debemos desestimar y desestimamos la presente apelación, a instancia de la apelada.